O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLE FRANKLIN,<br><br>                Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                Respondent. | Case No. CV 20-5224 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

\\

\\

\\

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 Judgment herein on Petitioner at his address of record.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: November 30, 2020

                                      JESUS G. BERNAL
                                      UNITED STATES DISTRICT JUDGE