O

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELLE FRANKLIN,<br><br>                    Petitioner,<br><br>          v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Respondent. | Case No. CV 20-5224 JGB (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  November 30, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE